IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSHUA JAMES, | ) |
| | ) No. 3:12-cv-00006 |
| Plaintiff, | ) |
| | ) Judge Nixon |
| v. | ) Magistrate Judge Brown |
| | ) |
| JD WINDOW COMPONENTS, INC. d/b/a | ) JURY DEMAND |
| RITESCREEN d/b/a MI WINDOWS AND | ) |
| DOORS, INC. a/k/a THE RITESCREEN | ) |
| COMPANY, INC., | ) |
| | ) |
| Defendant. | ) |

### ORDER

Plaintiff Joshua James has filed a Notice of Voluntary Dismissal in the above-captioned case. (Doc. No. 10.) As a result, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case is hereby **DISMISSED without prejudice**. The Court **DIRECTS** the Clerk of the Court to close the case.

It is so ORDERED.

Entered this __28th__ day of February, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT